## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Robertson Fleet Services, Inc.*
Attn:   President/CEO and
        Yancy M. Robertson
2964 Irving Boulevard
Dallas, TX 75247

_____
Mary E. Augustine (No. 4477)

619656v1